**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

EDNA MAE RIVERS

VS                                                     CASE NO.  3:20cv29-MCR/HTC

BP EXPLORATION & PRODUCTION,
INC, and BP AMERICA PRODUCTION
COMPANY

**FINAL JUDGMENT**

This action came before the Court with the Honorable M. Casey Rodgers

presiding and a decision has been rendered.

Final Summary Judgment is entered in favor of Defendants BP EXPLORATION

& PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY and entered

against Plaintiff, EDNA MAE RIVERS.


                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT


 March 20, 2024                         /s/ *Donna Bajzik*
DATE                                    Deputy Clerk: Donna Bajzik